1 | JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

2

3 | BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

4 | BRIAN C. LEWIS (DCBN 476851)
Assistant United States Attorney
5 |    450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
6 |    Telephone: (415) 436-7200
   Facsimile:  (415) 436-7234
7 |    E-Mail: brian.lewis@usdoj.gov

8 | Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 09-1090 SI |
|---|---|---|
| Plaintiff, | ) | |
| | ) | NOTICE OF DISMISSAL |
| v. | ) | |
| | ) | |
| LARRY AMADOR, | ) | (San Francisco Venue) |
| Defendant. | ) | |

     With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment without prejudice.

DATED: February 26, 2010

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

/s/ Brian J. Stretch

BRIAN J. STRETCH
Chief, Criminal Division

NOTICE OF DISMISSAL (CR 09-1090 SI)

1 | Leave is granted to the government to dismiss the indictment without prejudice.

3 | Date: ___2/25/10___

*[signature: Susan Illston]*
SUSAN ILLSTON
United States District Judge